IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMONIZ USA, INC. | : |
| Plaintiff, | : CASE NO. _____ |
| v. | : |
| J.P. NOONAN TRANSPORTATION, INC. | : |
| and | : **JURY TRIAL DEMANDED** |
| J.E.P., INC. | : |
| Defendants. | : |
| | : AUGUST 29, 2022 |

## COMPLAINT

### PARTIES

1. The Plaintiff, Simoniz USA, Inc. ("Simoniz"), is a corporation organized and existing under and by virtue of the laws of the State of Connecticut, with its principal place of business at 201 Boston Turnpike, Bolton CT 06043.

2. The Defendant, J.P. Noonan Transportation, Inc. ("Noonan"), is a corporation organized and existing under and by virtue of the laws of the Commonwealth of Massachusetts, with its principal place of business at 415 West Street, West Bridgewater, MA 02739.

3. Defendant J.E.P., Inc. ("JEP") is a corporation organized and existing under and by virtue of the laws of the Commonwealth of Massachusetts, with its principal place of business at 415 West Street, West Bridgewater, MA 02739.

## JURISDICTION

4.     This Court's jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S. Code §1332(a)(1), in that the Plaintiff and Defendants are citizens of different states, and the amount in controversy herein, exclusive of interest and costs, exceeds the sum of $75,000.

5.     Venue is proper in this district pursuant to 28 USC §1391 as the events or omissions giving rise to the claims at issue occurred within this district.

## COUNT I
## NEGLIGENCE

6.     The Plaintiff incorporates Paragraphs 1 through 5 above as though fully set forth herein.

7.     At all times material, Simoniz owned a facility located at 235 Dividend Road, Rocky Hill, CT (the "Subject Premises").

8.     At all times relevant, the Defendants were related companies engaged in the business of transporting and delivering inter alia, diesel fuel.

9.     On May 11, 2021, an employee or employees of one or both of the Defendants, acting within the course and scope of their employment, negligently overfilled a 12,000 gallon above ground fuel storage tank at the Subject Premises, resulting in the discharge of diesel fuel on and into the soil surrounding the storage tank.

10.    As a result of Defendants' negligence described in Paragraph 9 above, Simoniz was forced to incur environmental clean-up and remediation expenses, and other damages, costs and expenses, in the total amount of $413,511.82.

WHEREFORE, the Plaintiff, Simoniz USA, Inc., demands judgment against the Defendant J.P. Noonan Transportation, Inc., and J.E.P.,Inc.in the amount of $413,511.82, together with interest costs and such other relief as the court deems appropriate.

## COUNT II
## STATUTORY LIABILITY

11. The Plaintiff incorporates Paragraphs 1 through 10 above as though fully set forth herein.

12. Pursuant to C.G.S.A. §22a-452(a), the Defendants are liable to Simonize for the damages, costs and expenses as a result of their negligence in causing the spill of the diesel fuel.

WHEREFORE, the Plaintiff, Simoniz USA, Inc., demands judgment against Defendant J.P. Noonan Transportation, Inc., and J.E.P.,Inc.in the amount of $413,511.82, together with interest, costs, such other relief allowed under CGSA Section 22a-452(a) and such other relief as the court deems appropriate.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

By:   /s/ Stuart G. Blackburn #ct00686
      Stuart G. Blackburn, Esq.
      Blackburn & Donnelly, LLC.
      2 Concorde Way #3C
      P.O. Box 608
      Windsor Locks, CT 06096
      (P) (860) 292-1116
      (F) (292-1221
      Email: sgb@sgblackburn.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Simoniz USA, Inc.

### DEFENDANTS
J.P. Noonan Transportation, Inc. & J.E.P., Inc.

**(b)** County of Residence of First Listed Plaintiff: **Tolland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Plymouth**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart G. Blackburn, Esq. Blackburn & Donnelly, LLC.
P.O. Box 608, Windsor Locks, CT 06096

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [x] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28:1332pd

Brief description of cause:
An Employee from one of the Defendants' companies overfilled a 12,000 gallon tank resulting in discharge of diesel fuel into the soil on the Insured's property.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Excess of $75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

**DATE** 08/29/22

**SIGNATURE OF ATTORNEY OF RECORD** *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____